## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Lynn Ballard

                              Plaintiff,

v.                                            Case No.: 1:14–cv–09366
                                                     Honorable Ronald A. Guzman

Principal Life Insurance Company, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, December 18, 2014:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation to dismiss [6], it is hereby ordered that Defendants Principal Financial Group, Inc., Principal Holding Company, LLC and Principal National Life Insurance Company are dismissed without prejudice. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.