# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Lynn Ballard

                                       Plaintiff,

v.                                                        Case No.: 1:14–cv–09366
                                                       Honorable Sheila M. Finnegan

Principal Life Insurance Company, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2015:

      MINUTE entry before the Honorable Sheila Finnegan: Telephonic status hearing set for 4/28/2015 is cancelled. Pursuant to the parties' stipulation to dismiss [23], this case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, all matters in controversy having been resolved. Civil case terminated. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.